UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 11-965-JST (ANx)                                              Date:  August 24, 2011
Title:  Ann Mohr, et al. v. East West Bank, et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Nancy Boehme | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                                                                  Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

       The Court may raise the issue of subject matter jurisdiction at any time, sua sponte.  *See U.S. Catholic Conference v. Abortion Rights Mobilization*, 487 U.S. 72, 79 (1988).  "If the court determines at any time that it lacks subject-matter jurisdiction, the court must dismiss the action."  Fed. R. Civ. P. 12(h)(3).

       Generally, subject matter jurisdiction is based on the presence of complete diversity between the parties, *see* 28 U.S.C. § 1332, or on the presence of an action arising under federal law, *see* 28 U.S.C. § 1331.  The determination as to whether the case "arises under" federal law is governed by the "well-pleaded complaint rule," which provides that "federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint."  *Caterpillar Inc. v. Williams*, 482 U.S. 386, 392 (1987) (citing *Gully v. First Nat'l Bank*, 299 U.S. 109, 112-13 (1936)).

       Here, Plaintiffs allege federal subject matter jurisdiction under 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. § 1983.  (Compl. ¶ 12, Doc. 1.)  However, Plaintiffs' causes of action are all, on their face, based on state common law or state statute.  (*Id*. ¶¶ 86-128.)  Therefore, Plaintiffs have failed to establish federal subject matter jurisdiction.

       For the reasons set forth above, the Court ORDERS:

   1) Plaintiffs shall show cause in writing no later than **September 6, 2011** why this action should not be dismissed without prejudice for lack of subject matter jurisdiction.  Failure to respond by the above date will result in the Court dismissing this action.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  SACV 11-965-JST (ANx)            Date:  August 24, 2011

Title:  Ann Mohr, et al. v. East West Bank, et al.

2) The hearing on the Motion to Dismiss filed by Defendants East West Bank and East West Investment, Inc. set for **August 29, 2011** is VACATED.  If consideration of Defendants' Motion to Dismiss remains necessary after the Court discharges Plaintiffs' order to show cause, the parties need not re-file their motion, opposition, reply, or accompanying documents, but Defendants shall file and serve a revised notice of motion setting the hearing on the motion at least two weeks after the Court issues its order.

3) The hearing on the Motion to Dismiss filed by Defendant T.D. Service Company set for **October 3, 2011** is VACATED.  If consideration of the Motion to Dismiss remains necessary after the Court discharges Plaintiffs' order to show cause, Defendant need not re-file its motion and accompanying documents, but shall file and serve a revised notice of motion setting the hearing on the motion at least 28 days later in accordance with Local Rule 6-1.

Initials of Preparer:  nkb